COMPILER OF LAW
RECEIVED

APR 0 2 2013

GUAM LAW LIBRARY/
COMPILER OF LAWS

**IN THE SUPERIOR COURT OF GUAM**

ATTORNEY GENERAL OF GUAM,               )          CIVIL CASE NO. CV0166-03
                                        )
                             Plaintiff, )          **DECISION & ORDER**
                vs.                     )
                                        )
CARL T.C. GUTIERREZ, and                )
DAVINA M. LUJAN,                        )
                           Defendants.  )

On December 28, 2012, the Government filed Plaintiff's Motion for Reconsideration of Findings of Fact and Conclusions of Law (Request for Attorney's Fees), on the grounds of clerical error. The Court concluded that no hearing was necessary to resolve Government's motion and issued an order on January 14, 2013 permitting Defendant Lujan to submit any opposition she may have in response to Plaintiff's Motion for Reconsideration by January 28, 2013. To date, Defendant Lujan has not submitted a response.

Rule 60 of the Guam Rules of Civil Procedure of provides that:

> Clerical Mistakes. Clerical mistakes in judgments, orders or other parts of the record and errors therein arising from oversight or omission may be corrected by the court at any time of its own initiative or on the motion of any party, and after such notice, if any, as the court orders. During the pendency of an appeal, such mistakes may be so corrected before the appeal is docketed in the appellate court, and thereafter while the appeal is pending may be so corrected with leave of the appellate court. Guam R. Civ P. 60.

The Court mistakenly reviewed the amount of fees and costs requested by Lujan by adding the total amount presented at the end of each page for costs, finding a total of $92,127.66. Plaintiff rightly cites that Defendant Lujan in her final request for attorney's fees sought $78, 798.50. The Court found that LAP was only entitled to $515.05 in costs of litigation.

Plaintiff correctly points out that the Court intended to reduce Defendant Lujan's fees by $11,282.63. The request of $78,798.50 reduced by $11,282.63 is $67,515.87.

Government's Motion for Reconsideration of Findings of Fact and Conclusions of Law (Request for Attorneys Fees) is hereby **GRANTED** and **AWARDS** Defendant Lujan $515.05 in costs of litigation and $67,515.87 in attorneys fees, for a total of $68,030.92.

**SO ORDERED** this 27th day of March 2013.

_R. Benson_

RICHARD H. BENSON
Judge *Pro Tempore*

I do hereby certify that the foregoing is a full true and correct copy of the original on file in the office of the clerk of the Superior Court of Guam. Dated at Hagåtña, Guam



MAR 2 9 2013

Cynthia T. Tiong

Deputy Clerk, Superior Court of Guam